# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG - 1 2006
CLERK ...KING
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00393 RMW |
| vs. ) | |
| Kevin Ing ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __September 5, 2006__ be continued until ~~October 16, 2006~~ **OCTOBER 23, 2006** at __9:00 a.m.__ *(ghc)*

Date: 7/17/06

Ronald M. Whyte
United States District Judge

NDC-PSR-009 12/06/04