KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

    150 Almaden Boulevard, Room 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Fax: (408) 535-5066
    Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 1/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00393 RMW |
|     Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING AND |
| v. ) | [] ORDER |
| KEVIN ING, ) | |
|     Defendant. ) | |

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant KEVIN ING, James McNair Thompson, Esq., that the date set for the sentencing hearing in this case be continued from January 29, 2007 at 9:00 a.m to July 30, 2007 at 9:00 a.m.

    This continuance is necessary because Mr. Ing is a cooperating witness in the related case of United States v. Edward Harvey, CR 05-00373 RMW. No trial date has yet been set in the Harvey case, as the defense counsel has requested until February 5, 2007 to consult with his client and determine whether the case will resolve or proceed to trial in light of the Court's rulings on the pretrial motions. If the Harvey case does proceed to trial, the parties anticipate

that it will take place in late spring or early summer.

Because Mr. Ing's sentence would be affected by any 5K1.1 motion filed by the United States, and because the extent of Mr. Ing's cooperation for purposes of obtaining 5K1.1 credit cannot be determined until the Harvey matter is fully resolved, the parties ask that the sentencing of Mr. Ing be continued until after the Harvey matter is concluded.

Accordingly, the parties request that the sentencing hearing for Mr. Ing be continued to July 30, 2007 at 9:00 a.m.

Dated this ___9th_ day of January, 2007.


_____/S/_____
SHAWNA YEN
Assistant U.S. Attorney


Dated this _9th___ day of January, 2007.


_____/S/_____
JAMES McNAIR THOMPSON
Attorney for Defendant Kevin Ing

2

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing in this case be continued from January 29, 2007 to July 30, 2007 at 9:00 a.m.

Dated this  19  day of January, 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAMES MCNAIR THOMPSON
P.O. Box 636
Los Gatos, CA 95031

KAREN MARR,
United States Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612